UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MARK WAYNE RUSSELL,

Defendant.

Cr. No. 06-261 M (JMF)

FILED
JUN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is, hereby,

**ORDERED** that the Court's order, dated June 7, 2006, placing the defendant on suicide watch is vacated.

**SO ORDERED.**

June 13, 2006

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE