UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-261 |
| | : | |
| MARK RUSSELL, | : | VIOLATION: 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage |
| | : | in Illicit Sexual Conduct) |
| Defendant. | : | |

## INFORMATION

The United States Attorney informs the Court that:

On or about June 5, 2006, in the District of Columbia, the defendant, Mark Russell knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C.§2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(Travel with Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b) )

KENNETH L. WAINSTEIN
United States Attorney
Bar Number 451-058

By

JULIEANNE HIMELSTEIN
Assistant United States Attorney
555 Fourth Street, N.W., Room 4832
Washington, DC 20530
Bar Number 417-136
(202) 514-8203