## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** 0 6 - 1 7 6 |
| | : | |
| **v.** | : | **Magistrate No. 06-261** |
| | : | |
| **MARK RUSSELL,** | : | |
| | : | |
| **Defendant.** | : | |

**FILED**

JUN 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant MARK RUSSELL, and the United States agree and stipulate as follows:

The defendant is charged by information with a violation of Title 18, United States Code, Section 2423(b) (Travel with the Intent to Engage in Illicit Sexual Conduct).

At all times relevant to this offense, MARK RUSSELL (hereinafter referred to as "RUSSELL"), was a forty-six year-old adult male, residing in Columbia, Maryland.

On June 2, 2006, while inside his residence in Columbia, Maryland, using his home computer, and using the screen name "mdman396", RUSSELL entered into a "romance" public Yahoo chat room for Washington, D.C. (hereinafter referred to as "chat room"). RUSSELL initiated a chat with an individual who identified herself as a thirteen year-old girl residing in Washington, D.C. (hereinafter "the child"). The child in fact was a Metropolitan Police officer acting in an undercover capacity. RUSSELL identified himself as a forty-six year-old man who resided in Columbia, Maryland.

On June 5, 2006, at approximately 8:45 in the morning, RUSSELL re-initiated the chat with the child. During the course of the conversation, RUSSELL invited the child to view his web-cam video, and the child accepted. RUSSELL then sent the child a video, in real time. The video showed

RUSSELL masturbating his exposed penis. RUSSELL told the child that he wanted to lick her and use his fingers on her so that he would not hurt her. RUSSELL assured the child that he would use condoms so that she wouldn't get pregnant. RUSSELL and the child agreed to meet at the child's residence in Washington, D.C. at 11:00 a.m. RUSSELL then traveled from Maryland to the address described by the child as her home address.

Once he arrived at the address that was provided by child, RUSSELL made a final contact with the child, by email, and alerted her that he was outside of her house. The child told RUSSELL that she didn't have any clothes on because she had just taken a shower, but would be outside to meet him. While waiting for the child to emerge from her residence, RUSSELL was arrested by members of the Metropolitan Police Department. A search of RUSSELL revealed that he had two condoms on his person. RUSSELL was wearing the same clothes that he wore while taping himself on the web cam.

After being advised of his Fifth Amendment rights against self-incrimination, RUSSELL executed a written waiver of those rights, and admitted to a Metropolitan Police detective that he used the screen name "mdman396", sent the video described herein from his web cam, and did travel

2

from Maryland to Washington, D.C. on June 5, 2006 to the address provided to him

in the chat room emails.


KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar Number 451-058



JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 5832
Washington, DC 20530
Bar No. 417136
(202) 514-8203
Julieanne.Himelstein@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Statement of Offense was

served upon Lara Quint, Esquire, 625 Indiana Ave. NW, Suite 550, Washington, DC 20004

on June 1  , 2006.


Julieanne Himelstein
ASSISTANT UNITED STATES ATTORNEY

3