AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Mark Russell

WAIVER OF INDICTMENT

CASE NUMBER: 06 cr 176
06-261 M

I, __Mark Russell__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 29, 2006__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____

6/29/06