IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           *

v                                  *      Criminal No. 06-00176-RBW

MARK WAYNE RUSSELL                 *

\* \* \* \* \* \* \* \* \* \* \* \*

FILED
AUG 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ENTRY OF APPEARANCE

Please enter the appearance of Fred Warren Bennett, Esq., Bennett and Bair, LLP, as retained counsel of record for the Defendant, Mark Wayne Russell, in the above-captioned case.

Respectfully submitted,

Fred Warren Bennett
DC Bar # 442315
Bennett & Bair, LLP
6301 Ivy lane, Suite 418
Greenbelt, MD 20770
Tel: (301) 220-1570

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2006, a copy of the foregoing Entry of Appearance was mailed first class, postage prepaid, to Laura Quint, Esq., Assistant Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004 and to Julie Ann Himelstein, Esq., Assistant United States Attorney for the District of Columbia, 555-4th Street, NW, Judiciary Center Building, Washington, DC 20530.

Fred Warren Bennett