IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR. No. 06-176 (RBW) |
| MARK RUSSELL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR CONTINUANCE OF SENTENCING DATE

Comes Now the Defendant, Mark Russell, by and through his attorney, Fred Warren Bennett, Bennett and Bair, LLP and moves this Honorable Court to continue the sentencing date scheduled in this case from September 26, 2006 to a new date to be set by the Court. As the basis for this Motion, the Defendant respectfully states as follows:

1. The Defendant entered a guilty plea on June 29, 2006 and at that time the Defendant was represented by Lara Quint, Esquire, Assistant Federal Public Defender for the District of Columbia. At the time of the entry of the guilty plea, a sentencing date of September 26, 2006 at 9:15 a.m. was scheduled.

2. Undersigned counsel has a previously court appearance on Tuesday, September 26, 2006 on a post-conviction hearing in the Circuit Court for Saint Mary's County, Maryland and would like to have a brief continuance of the sentencing date in this case.

3. Undersigned counsel has contacted Julieanne Himelstein, Esquire, the Assistant United States Attorney assigned to this case and the Government has no objection to the requested continuance. Undersigned counsel has coordinated with Government counsel a

number of dates on which both attorneys would be available for the sentencing hearing. These dates are September 25, September 27, and September 28, 2006. Undersigned counsel would respectfully request that one of these available dates be selected by the Court, consistent with its schedule.

**Wherefore**, the premises considered, Defendant prays:

1. That this Honorable Court enter an Order granting the Defendant a continuance of the sentencing hearing from Tuesday, September 26, 2006 to a new hearing date.

2. And for such other further relief that this Honorable Court deems just and proper.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Fred Warren Bennett
                                        DC Bar # 442315
                                        Bennett & Bair, LLP
                                        6301 Ivy lane, Suite 418
                                        Greenbelt, MD 20770
                                        Tel: (301) 220-1570

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2006, a copy of the foregoing Motion for Continuance and proposed Order was mailed, postage prepaid, to Julieanne Himelstein, Esquire, Assistant United States Attorney for the District of Columbia, 555-4th Street, NW, Judicial Center Building, Washington, DC 20530.

_____/s/_____
Fred Warren Bennett