IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR. No. 06-176 (RBW) |
| MARK RUSSELL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's unopposed Motion for Continuance, and for good cause shown, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED** that the Defendant's Motion for Continuance be, and the same hereby is, **GRANTED**, and a new sentencing date and time of_____is set in this case.

\_\_

_____
Reggie B. Walton
United States District Judge