IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      *

         v.           *      CR. No. 06-176 (RBW)

MARK RUSSELL          *

**FILED**

SEP   6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendant's unopposed Motion for Continuance, and

for good cause shown, it is this _____5th_____ day of _Septenber_____, 2006, by the

United States District Court for the District of Columbia,

**ORDERED** that the Defendant's Motion for Continuance be, and the same hereby

is, **GRANTED**, and a new sentencing date and time of _September 28 @ 10:00am_ is

set in this case.

Reggie B. Walton
United States District Judge