**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 06-176-01(RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARK RUSSELL,** | | |
| | : | |
| **Defendant** | : | |

### GOVERNMENT'S MEMORANDUM  IN AID OF SENTENCING

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing to assist the Court in the sentencing of Mark Russell.

### FACTUAL BACKGROUND

On June 29, 2006, the defendant entered a guilty plea to one count of interstate traveling with intent to engage in sex with a minor. The evidence proffered at the plea, and accepted by the defendant revealed that defendant,  a 46 year-old man while using the family computer in his home in Maryland,  initiated a chat with a girl who identified herself as a 13 year-old girl.  During the course of the chat,  which lasted  for two days,  the defendant  invited the child to view  his  web-cam.  Defendant then sent the child a video of the defendant masturbating his penis, in real time. Defendant told the child  that he wanted  to lick her  and  use his fingers  so that he would not hurt her.  Defendant  also assured the child  that he would use condoms so that he would  not get  the child pregnant.  Defendant  agreed to meet  the child at her house located at 1718 Adams  Street, NE in Washington, D.C. at 11:00  in the morning.  At approximately 11:00 in the morning, defendant arrived in the area  and parked  his car  nearby the agreed  upon  meeting  place.

1

Defendant then contacted the child from his car, by e-mail, and told her that he would wait for her outside. Defendant was arrested by members of the ICAC task force. A search of defendant revealed that he had brought two condoms. Defendant was wearing the same clothes as he was during his video-taped appearance.

### GUIDELINE RANGE

Undersigned counsel agrees with the calculations prepared by the presentence writer. The guideline range for defendant is 46 to 57 months:

**Base Offense Level: 24**

**Specific Offense Characteristic: 2**

**Acceptance of Responsibility: -3**

**Total: 23**

### WITHIN GUIDELINE RANGE

_____The Court should impose a prison term of between 46 and 57 months. Undersigned counsel agrees that defendant accepted responsibility in this case at the earliest possible time. However, the defendant's acts are predatory and dangerous. Defendant, in his conversation with the "girl", asks her repeatedly if her "mom" is still there, and once the "girl" tells him that her mother is gone, defendant asks her if he should get naked, and then begins to masturbate himself on a web cam. The defendant agrees to meet her at 11:30 a.m., after the "girl" tells him that her mother won't be home until 7 or 8 in the evening. This conduct shows that the defendant, thinking that he is talking to an unsupervised child at home, traveled to meet her to take full advantage of the situation. If she had turned out to be a real child, 46 year-old Mark Russell, would have had the opportunity to abuse that child in unthinkable ways.

2

For the foregoing reasons, the Government respectfully requests this Court to impose a sentence within the Guideline range.


                                        KENNETH L. WAINSTEIN
                                        D.C. Bar No. 451058


                                        _____
                                        JULIEANNE HIMELSTEIN
                                        Assistant United States Attorney
                                        D.C. Bar # 417136
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 514-8203



                        **CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a copy of this notice has been faxed this ____ day of September 2006 to defendants' counsel:

        Fred Warren Bennett
        6301 Ivy Lane
        Suite 418
        Greenbelt, Maryland 20770
        FAX  301-220-1577



                                        _____
                                        JULIEANNE HIMELSTEIN
                                        Assistant United States Attorney


                                        3