IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 06-176 (RWB) |
| MARK RUSSELL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Defendant, Mark Russell, by and through his attorney, Fred Warren Bennett, Esq., Bennett & Bair, LLP, respectfully submits this Memorandum in Aid of Sentencing to assist the Court in the sentencing of Mark Russell.

**FACTUAL BACKGROUND**

The Defendant agrees with the factual background submitted by the Government with one (1) addition: At the time Mr. Russell was arrested by members of the ICAC task force he was actually driving his car, about to leave the area. In effect, the defendant became "skittish" and had decided to abandon any effort to meet with the person he had been conversing with on his computer. This, of course, is not in any way a defense to the charge since the crime was committed when the defendant knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia for the purpose of engaging in illicit sexual conduct.

## GUIDELINE RANGE

As calculated by the Pre-Sentence writer the Guideline Range for Mr. Russell is forty six to fifty seven (46-57) months based on a net offense level of twenty three (23) with a Criminal History I[1].

In addition to the Guideline Range, the Government has further agreed that a sentence within the applicable Sentencing Guideline Range would constitute a reasonable sentence in light of all of the factors set forth in 18 U.S.C. Section 3553(a). The Government has also agreed that the defendant may seek a sentence outside of the Guideline Range.

## SENTENCING FACTORS

In accordance with 18 U.S.C. Section 3553(a), undersigned counsel wishes to stress the following:

1.  The defendant accepted responsibility shortly after the offense was committed and pled guilty to an Information. The defendant cooperated with the Metropolitan Police Department when he was arrested. From the time of his arrest on June 5, 2006 until the filing of the Information, only fourteen (14) days elapsed . Thus, the defendant has saved the Government and, more importantly, this Court, scarce judicial resources.

---

[1] This Court should note that the Government and the defendant agreed in the plea agreement that the net offense level was twenty one and the parties further agreed not to seek any adjustments or departures from the total offense level. Plea Agreement, page 2, paragraph 3. The Guideline Range for an offense level of twenty one, Criminal History I is thirty seven to forty six (37-46) months.

2. The defendant has no prior criminal record.

3. The defendant served this country for nine (9) years and is a graduate of the U.S. Naval Academy.

4. The defendant has been married for twenty three (23) years and the defendant and his wife have three (3) children, Jeanne Marie Russell, age 21; Joseph Patrick Russell, age 16; and Theresa Ann Russell, age 13.

5. In addition to his service in the Navy, where he received an honorable discharge in 1991 at the rank of Lieutenant, Mr. Russell has served in the active Navy Reserve from 1991 to 2006. Mr. Russell rose to the rank of Captain but was transferred to the inactive status in or about June, 2006 because of his arrest in the instant case. As to further employment, Mr. Russell was employed as an Applied Systems Engineer at John Hopkins University in Baltimore, Maryland from April 29, 1996 to April 24, 2006.

6. The instant offense totally represents a clear deviation by the defendant from an otherwise law-abiding life.

**CONCLUSION**

Based on all of the factors set forth in 18 U.S.C. Section 3553(a) and taking into account the defendant's background and his prompt showing of remorse and acceptance of personal responsibility, undersigned counsel respectfully requests that this Honorable Court consider a departure/variance from the Sentencing Guidelines and impose a sentence of

incarceration not to exceed thirty (30) months, a term of supervised release not to exceed three (3) years and no fine.

\_\_\_\_\_/s/_____
Fred Warren Bennett
Bennett & Bair, LLP
6301 Ivy Lane, Suite 418
Greenbelt, MD 20770
Tel: (301) 220-1570
Fax: (301) 220-1577

## CERTIFICATE OF SERVICE

This is to certify that on this _____ day of September 2006 a copy of the forgoing Defendant's Memorandum in Aid of Sentencing was mailed postage prepaid, by first class mail, and by Fax, to Julieanne Himelstein, Esq., Assistant United States Attorney for the District of Columbia, 555-4th Street, NW, Judiciary Center Building, Washington, DC 20530.

\_\_\_\_\_/s/_____
Fred Warren Bennett