### HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0176</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Russell, Mark | : | Disclosure Date: <u>August 24, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

 There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                    **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

☒ There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Mark Russell_ 9/14/06            _Bill W. Bennett_ 9/14/06
**Defendant** by AVB **Date**                    **Defense Counsel**            **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 5, 2006</u>, to U.S. Probation Officer **Linsey Epson**, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:    Richard A. Houck, Jr., Chief
          United States Probation Officer

# Fax Transmission

## BENNETT & BAIR, LLP

Attorneys at Law

6301 Ivy Lane, Suite 418
Greenbelt, Maryland 20770
(Tel) 301.220.1570
(Fax) 301.220.1577
(Email) fwbennett@bennettbair.com

To:        Ms Linsey Epson

Fax #:     **(202-273-0242**

From:      Mr. Bennett

Date       September 14, 2006

Pages      (including cover):02

Comments:

Please see attached.

**CONFIDENTIALITY NOTICE:** This facsimile contains information which may be legally privileged and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the above address via the U.S. Postal Service.