IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         *

v                                *   Criminal No. 06-00176-RBW

MARK WAYNE RUSSELL               *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

Please note the appeal of Mark Wayne Russell to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of Conviction and Sentence imposed on September 28, 2006.

Please note that Mr. Russell, at this time, is indigent and the defendant requests that his case be referred to the Office of the Federal Public Defender for the District of Columbia for representation on his appeal.

                                                              Fred Warren Bennett, Esq.
                                                              DC Bar #:442315
                                                              Bennett & Bair, LLP
                                                              6301 Ivy Lane, Suite 418
                                                              Greenbelt, MD 20770
                                                              Tel: (301) 220-1570
                                                              Fax: (301) 220-1577

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2006, a copy of the foregoing Notice of Appeal was mailed, postage prepaid, by first class mail, to Julieanne Himelstein, Esquire, Assistant United States Attorney for the District of Columbia, 555-4th Street, NW, Judicial Center Building, Washington, DC 20530.

_____
Fred Warren Bennett, Esq.