[STAMP: U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT — NOV 21 2006 — RECEIVED]

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

[STAMP: UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT — FILED NOV 21 2006 — CLERK]

UNITED STATES OF AMERICA                USCA No. 06-3151

v.

MARK WAYNE RUSSELL                      USDC No. 06cr 00176-01

[STAMP: FILED NOV 21 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, MARK WAYNE RUSSELL, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

IN LIGHT OF SPECIFIC COMMENTS MADE BY THE JUDGE AT SENTENCING, I DESIRE TO HAVE THE TERMS OF MY SENTENCE REVIEWED, AS WELL AS CERTAIN PROHIBITIONS PLACED UPON ME AS CONDITIONS OF MY SUPERVISED RELEASE. I WOULD ALSO LIKE TO APPEAL THE TERM OF MY SUPERVISED RELEASE, AND CHALLENGE WHY THE JUDGE DID NOT ORDER OR RECOMMEND AN ADDICTION TREATMENT PROGRAM FOR ME WHILE INCARCERATED WITH THE BEAURUE OF PRISONS. ALSO, THERE IS A MATERIAL ERROR IN THE SENTENCING REPORT SIGNED BY THE JUDGE, HE INDICATED THAT I WAS SERVING A SENTENCE OF LESS THAN 84 MONTHS, WHILE IN FACT I WAS SENTENCED TO 52 MONTHS.

Signature  /MW Russell/

Name of *Pro Se* Litigant (PRINT) _____

Address _____
_____

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
    for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]                -1-

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

UNITED STATES OF AMERICA

Case No. 06CR176

v.

MARK WAYNE RUSSELL

............................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: MWRussell     Date: 11-16-06

............................................................

**My issues on appeal are:**

1) TERM OF SENTENCE
2) CERTAIN PROHIBITIONS UPON RELEASE FROM CUSTODY
3) TERM OF SUPERVISED RELEASE
4) NO RECOMMENDATION OR ORDER FOR ADDICTION COUNSELING WHILE INCARCERATED
5) MATERIAL ERROR IN SENTENCING DOCUMENT

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]         -2-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $10,000 | $4500 | $21 | $6500 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $25 | $25 | $0 | $0 |
| Gifts | $0 | $0 | $100 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): N/A | $0 | $0 | $0 | $0 |
| Total monthly income: | $10,025 | $4525 | $121 | $6500 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| JOHNS HOPKINS UNIV | 11100 JOHNS HOPKINS RD LAUREL MD 20723 | APR 96 - APR 06 | 9000 |
| US NAVY RESERVES | | OCT 91 - SEP 06 | 1000 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| WSSC | 14501 SWEITZER LN LAUREL MD 20707 | DEC 87 - PRES | 6500 |

4. How much cash do you and your spouse have? $ 100

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NAVY FEDERAL CU | CHECKING | $ 0 | $ 0 |
| NAVY FEDERAL CU | SAVINGS | $ 0 | $ 0 |
| VANGUARD 403B | IRA | $ 150,000 | $ 0 |
| ~~VANGUARD~~ 457 PLAN | IRA | 0 | 10,000 |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) 680,000
Other real estate (Value) N/A
Motor vehicle # 1  15,000 (Value)
Make & year: 04 TOYOTA
Model: CAMRY
Registration #: 268096 (MD)

Motor vehicle #2  7,000 (Value)
Make & year 04 FORD
Model: TAURUS
Registration #: 128562 (MD)
Other Assets (Value)  02 FORD WINDSTAR  5,000 (605353 MD)
Other Assets (Value)  N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money: N/A
Amount owed to you: 0
Amount owed to your spouse: 0

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| JEANNE RUSSELL | DAUGHTER | 21 |
| JOSEPH RUSSELL | SON | 16 |
| THERESA RUSSELL | DAUGHTER | 13 |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]        -4-

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 3450 |
| Are real-estate taxes included? | [X] Yes [ ] No | |
| Is property insurance included? | [X] Yes [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 50 | $ 570 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 100 |
| Food | $ 50 | $ 800 |
| Clothing | $ 0 | $ 200 |
| Laundry and dry-cleaning | $ 0 | $ 25 |
| Medical and dental expenses | $ 0 | $ 350 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 500 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20 | $ 500 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 20 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 270 |
| Other: N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ 0 | $ 0 |
| Installment payments | $ 0 | $ ~~1030~~ |
| Motor Vehicle | $ 0 | $ 1020 |
| Credit card (name): VISA, MC | $ 0 | $ 1100 |
| Department store (name): N/A | $ 0 | $ 0 |
| Other: TUITION + BOOKS (Univ MD) | $ 0 | $ 900 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 |
| Total monthly expenses: | $ 140 | $ 9980 |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -5-

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[X] Yes   [ ] No

If yes, how much? $ 5,000

If yes, state the attorney's name, address, and telephone number:
FRED BENNETT
6301 IVY LANE STE 418
GREENBELT MD 20770    3012201570

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. SINCE MY INCARCERATION ON JUNE 5TH 2006 MY FAMILY INCOME HAS DECREASED BY MORE THAN 60%, WHILE MY FAMILY'S COST OF LIVING HAS REMAINED ALMOST CONSTANT. EVEN THOUGH MY WIFE HAS CHANGED FROM PART-TIME TO FULL-TIME EMPLOYMENT, THE LOSS OF MY EARNINGS HAS IMPOSED EXTREME FINANCIAL HARDSHIPS ON MY FAMILY. THE MONEY USED TO PAY THE ATTORNEY ABOVE HAD TO COME FROM A HOME EQUITY LOAN, WHICH ADDS TO MY WIFES MONTHLY FINANCIAL BURDON.

13. State the address of your legal residence.
12121 HIDDEN WATERS WAY
CLARKSVILLE MD 21029

CURRENTLY INCARCERATED AT:
CCA-CTF
1901 E ST SE
WASHINGTON, DC 20003

IN TRANSIT

Your daytime phone number: (410) 531-9776
Your age: 46   Your years of schooling: 18+
Your social-security number: 457945710