# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 06-3151**                    **September Term, 2006**

**06cr00176-01**

**Filed On:**

United States of America,
      Appellee

    v.

Mark Wayne Russell,
      Appellant

**FILED**

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    NOV 2 7 2006

CLERK

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, which was received from Mark Wayne Russell on November 21, 2006, it is, on the court's own motion,

**ORDERED** that the motion for leave to proceed in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order and the motion for leave to proceed in forma pauperis to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:   *Sabrina Crisp*
           Sabrina Crisp
           Deputy Clerk