UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) Criminal Case No.: 06-176 (RBW)
MARK WAYNE RUSSELL, )
)
Defendant. )
)

## ORDER

The defendant has appealed this Court's final judgment to the United States Court of Appeals for the District of Columbia Circuit, USCA No. 06-3151. Currently before this Court is the defendant's motion for leave to proceed on appeal in forma pauperis and accompanying Affidavit, which was referred to this Court for a decision by the District of Columbia Circuit. Upon consideration of this motion and affidavit, it is hereby this 29th day of November, 2006

**ORDERED** that the defendant's motion is **GRANTED**.[1]

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.