*Walton, J*

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-3151          September Term 2007

06cr00176-01

Filed On: April 23, 2008

United States of America,

    Appellee

    v.

Mark Wayne Russell,

    Appellant

**FILED JUN 1 9 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ATTACHED:
— Amending Order
— Opinion
— Order on Costs

*Remand*

**BEFORE:** Henderson, Rogers, and Tatel, Circuit Judges

### ORDER

Upon consideration of appellant's opening brief and appellee's unopposed motion to vacate appellant's sentence and remand for reassignment and resentencing, it is

**ORDERED** that appellee's motion be granted in part, and that appellant's sentence be vacated and the case be remanded for resentencing in light of appellee's admitted breach of the parties' plea agreement. This is not an "unusual case" requiring reassignment under United States v. Wolff, 127 F.3d 84 (D.C. Cir. 1997), a decision by which the panel is bound "unless and until it is changed by the court en banc." Ranger Cellular v. FCC, 348 F.3d 1044, 1049-50 (D.C. Cir. 2003). As in Wolff, however, "we do not intend to bind the hands of the trial judge," and if he "conclude[s] that reassignment is in order, obviously [he] retains the discretion to act upon that conclusion." 127 F.3d at 89. We do not reach appellant's other assertions of error, "as we have no reason to do so at this time." Id.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk